Before STATE INDUSTRIAL BOARD, Respondent. PATRICK McEVOY, Respondent, v. MOLLOY & MURRAY CONTRACTING CORPORATION and Another, Appellants. — Award for the periods from June 7, 1923, to July 16, 1923, and from June 22, 1924, to May 15, 1925, affirmed. Award for the period from July 16, 1923, to

June 22, 1924, reversed and remitted for further proof as to earning capacity. All concur.

Before State Industrial Board, Respondent.  M. Mefcandante, Respondent, v. R. Hoe & Co. and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.